DocuSign Envelope ID: 7258B73E-A33C-4930-A163-BFED8A6918F4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

EMILY WU, RONGQIANG CHEN, SI WEI CHEN,
XU BEN KUN, GEORGE CHAN, BENJAMIN CHAN,
SUET MAN CHAN,

                    Plaintiffs,

- against -

FLUSHING REGENT HOTEL,
FLUSHING INTERNATIONAL HOTEL, INC.,
QUEENS BLOSSOM CORP.,
35 AVENUE MANAGEMENT, INC.,
THOMAS HUANG, ALICE HUANG, HENRY HUANG,
LINH HUANG, JOHN HUANG, TIFFANY HUANG,
and JOHN DOES #1-10,

                    Defendants.
-----------------------------------------------------------------------X

Docket No.
18-CV-1366(RPK)(RER)

STIPULATION AND ORDER OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for PLAINTIFFS pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above entitled action and any and all claims and counterclaims that have been or could have been asserted by Plaintiffs therein be dismissed without prejudice as against all Defendants with each party to bear its own cost and expenses except as otherwise provided by an Agreement and Release filed in this action dated January 12, 2023.

      This Stipulation of Dismissal may be executed in counterparts, each of which when taken together shall form one binding document. The parties may sign this document by facsimile or "pdf" which shall be deemed as an original for all purposes.

Dated: January 11, 2023
        Jericho, New York

*Michael Cassell*
_____
Michael Cassell, Esq.
Hogan & Cassell, LLP,
Attorneys for Plaintiffs
500 North Broadway, Suite 153,
Jericho, New York 11753
(516)-942-4700

Dated: January 12, 2023
        Great Neck, New York

*Gary Rosen*
_____
Gary Rosen, Esq. (GR-8007)
Rosen Law LLC
Attorneys for Defendants
216 Lakeville Road
Great Neck, New York 11020
(516) 437-3400

**SO-ORDERED:**

_____
**Rachel P. Kovner, United States District Judge**